1  WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michele Walker Harris LLC and Edgar S Harris LLC, | No. CV-18-00374-PHX-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Larkey Process Company, Karen Thadani, Vinay Thadani, Shiraz M Aladin, Manish Sawhney, Andrew M Hull, and Denise Holliday, | |
| Defendants. | |

A complaint was filed in this case of February 2, 2018 on behalf of two limited liability companies. The complaint was filed "pro se" by the companies.

Corporations and other unincorporated associations must appear in court through an attorney. *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.,* 366 F.3d 972, 973-74 (9th Cir. 2004); *In re America West Airlines,* 40 F.3d 1058, 1059 (9th Cir. 1994); *Rowland v. Cal. Mens Colony,* 506 U.S. 194, 201-02 (1993).

In *Rowland*, the Supreme Court held that artificial entities cannot proceed *in forma pauperis*. 506 U.S. at 196. As a result, Plaintiffs must pay the filing fee. Additionally, because limited liability companies cannot appear pro se, the Court will give Plaintiffs time to obtain counsel. However, if counsel does not appear within the time set forth below, the complaint in this case will be stricken and the case will be closed.

Therefore,

**IT IS ORDERED** that the motion to proceed in forma pauperis (Doc. 2) is denied. Plaintiffs have until February 12, 2018 to pay the filing fee or the Clerk of the Court shall close this case (and enter judgment of dismissal without prejudice) without further order of this Court.

**IT IS FURTHER ORDERED** that (if this case is still open because Plaintiffs paid the filing fee by February 12, 2018) Plaintiffs shall obtain counsel who files a notice of appearance by March 2, 2018, or the Court will strike the complaint and dismiss this case.

Dated this 5th day of February, 2018.

James A. Teilborg
Senior United States District Judge